Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−10101−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel Dejean
   284 Shelton Terrace
   Hillside, NJ 07205

Social Security No.:
   xxx−xx−1021

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 15, 2018.

On 12/12/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:              January 9, 2019
Time:              08:30 AM
Location:          Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 13, 2018
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-10101-SLM
Daniel Dejean                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1                Date Rcvd: Dec 13, 2018
                              Form ID: 185               Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
db          +Daniel Dejean,    284 Shelton Terrace,    Hillside, NJ 07205-1808
cr          +Specialized Loan Servicing LLC as servicing agent,    P. O. Box 9013,    Addison, TX 75001-9013
cr          +Specialized Loan Servicing LLC, as servicing agent,    C/O Buckley Madole, P.C.,
              99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
515931887   +Craner, Satkin, Sheer, Schwartz & Hanna,    320 Park Ave., PO Box 367,
              Scotch Plains, NJ 07076-0367
515931888   +The Bank Of New York Mellon,    9000 Midatlantic Drive, Suite 300,    C/O Parker McCay P.A.,
              Mount Laurel, NJ 08054-1539
516047986   +The Bank of New York Mellon, Trustee (See 410),    c/o SPECIALIZED LOAN SERVICING LLC,
              8742 LUCENT BLVD, SUITE 300,    HIGHLANDS RANCH, COLORADO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 14 2018 00:40:19     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 14 2018 00:40:16     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Specialized Loan Servicing LLC, as servicing agent,    C/O Buckley Madole, P.C.,
              99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              Donald C. Goins    on behalf of Debtor Daniel  Dejean dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
               of CWABS, Inc., Asset-Backed Certificates, Series 200 NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for
               The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of
               the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@buckleymadole.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee et al... rsolarz@kmllawgroup.com
                                                                                             TOTAL: 5