| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on January 11, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| IN RE:<br>    DANIEL DEJEAN | Case No.:  16-10101<br><br>Hearing Date:  01/09/2019<br><br>Judge:  STACEY L. MEISEL |

### ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: January 11, 2019

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s):  DANIEL DEJEAN

Case No.:  16-10101SLM

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 01/09/2019 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 1/9/2019 of the plan filed on 12/12/2018, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 01/19/2019 or the case will be dismissed; and it is further

ORDERED, that Debtor must file amended Schedules I & J by 1/19/2019 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings; and it is further

ORDERED, that if the above information has been filed timely and/or provided, the Hearing on Confirmation shall be adjourned to 2/13/2019 at  8:30:00AM.