UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:
    DANIEL DEJEAN

Order Filed on January 11, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.:  16-10101

Hearing Date:  01/09/2019

Judge:  STACEY L. MEISEL

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: January 11, 2019

Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): DANIEL DEJEAN

Case No.: 16-10101SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 01/09/2019 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 1/9/2019 of the plan filed on 12/12/2018, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 01/19/2019 or the case will be dismissed; and it is further

ORDERED, that Debtor must file amended Schedules I & J by 1/19/2019 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings; and it is further

ORDERED, that if the above information has been filed timely and/or provided, the Hearing on Confirmation shall be adjourned to 2/13/2019 at 8:30:00AM.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-10101-SLM
Daniel Dejean                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Jan 11, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2019.
db             +Daniel Dejean,   284 Shelton Terrace,   Hillside, NJ 07205-1808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2019 at the address(es) listed below:
          Donald C. Goins    on behalf of Debtor Daniel  Dejean dcgoins1@gmail.com,
           G25787@notify.cincompass.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
           for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
           of CWABS, Inc., Asset-Backed Certificates, Series 200 NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for
           The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of
           the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@buckleymadole.com
          Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee et al... rsolarz@kmllawgroup.com
                                                                                             TOTAL: 5