UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
The Bank of New York Mellon FKA The Bank of
New York, as Trustee for the certificateholders of the
CWABS, Inc., Asset-Backed Certificates, Series 2007-
1

**Order Filed on February 25, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Daniel Dejean,

Debtors.

Case No.:  16-10101 SLM
Adv. No.:
Hearing Date: 2/27/19 @ 8:30 a.m.

Judge:  Stacey L. Meisel

**ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: February 25, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtors:           Daniel Dejean
Case No.:          16-10101 SLM
Caption:           **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                   DEBTORS' CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1, holder of a mortgage on real property located at 284 Shelton Terrace, Hillside, NJ, 07205, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Donald C. Goins, attorney for Debtor, Daniel Dejean and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall obtain a loan modification by 4/1/19, or as may be extended by modified plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make regular post-petition payments in accordance with the terms of the note and mortgage, payment change notices, and trial plan while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Trustee is to pay the arrears while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor does not waive its rights to any pre- or post-petition arrears that exist or may accrue; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-10101-SLM
Daniel Dejean                                                                   Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Feb 25, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2019.
db              +Daniel Dejean,    284 Shelton Terrace,    Hillside, NJ 07205-1808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2019 at the address(es) listed below:
          Denise E. Carlon     on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee et al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Donald C. Goins    on behalf of Debtor Daniel   Dejean dcgoins1@gmail.com,
           G25787@notify.cincompass.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
           for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
           of CWABS, Inc., Asset-Backed Certificates, Series 200 NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for
           The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of
           the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@buckleymadole.com
          Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee et al... rsolarz@kmllawgroup.com
                                                                                    TOTAL: 6