**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

DANIEL DEJEAN

Order Filed on June 19, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

**Case No.:  16-10101 SLM**

**Hearing Date:  6/12/2019**

### AMENDED ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 19, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  DANIEL DEJEAN

Case No.:  16-10101

Caption of Order: AMENDED ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/12/2019 on notice to DONALD C GOINS,
ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an amended Schedule I and J by 6/21/2019 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that Amended Schedules have been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must file a modified plan to provide for completion of a loan modification through the courts loss mitigation program and increase regular plan payments by 6/21/19 ; and it is further

- ORDERED, that if the Court's Docket does not reflect a modified plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must file a Motion to enter into Court's Loss Mitigation Program by 6/21/19 ; and it is further

- ORDERED, that if the Court's Docket does not reflect a motion to enter into Court's Loss Mitigation Program  has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must provide the Trustee with any updated income verification by 6/21/19 or the case will be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-10101-SLM
Daniel Dejean                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Jun 19, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2019.
db              +Daniel Dejean,    284 Shelton Terrace,    Hillside, NJ 07205-1808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
          as Trustee et al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Donald C. Goins    on behalf of Debtor Daniel  Dejean dcgoins1@gmail.com,
          G25787@notify.cincompass.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
          for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
          of CWABS, Inc., Asset-Backed Certificates, Series 200 NJ_ECF_Notices@McCalla.com,
          NJ_ECF_Notices@McCalla.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for
          The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of
          the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@mccalla.com
          Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
          as Trustee et al... rsolarz@kmllawgroup.com
                                                                                    TOTAL: 6