| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| KML Law Group, P.C.<br>By: Denise Carlon, Esquire<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>Attorneys for Movant: Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1 | Order Filed on December 4, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey |

In Re:

   Daniel Dejean
          Debtor

Case No.:    16-10101 SLM

Judge:       Stacey L. Meisel

Chapter:     13

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 4, 2019**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on <u>July 25, 2019</u>:

Property:     <u>284 Shelton Terrace  Hillside, NJ 07205</u>

Creditor:     <u>Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1</u>

and a Request for

- ☐ Extension of the 90 day Loss Mitigation Period having been filed by_____, and for good cause shown

- ☒ Early Termination of the Loss Mitigation Period having been filed by Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is terminated. ^as of the date of the entry of this Order