| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| KML Law Group, P.C.<br>By: Denise Carlon, Esquire<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>Attorneys for Movant: Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1 | |

**Order Filed on December 4, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

   Daniel Dejean
             Debtor

Case No.:   16-10101 SLM

Judge:   Stacey L. Meisel

Chapter:   13

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 4, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on July 25, 2019:

Property:   284 Shelton Terrace  Hillside, NJ 07205

Creditor:   Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1

and a Request for

- ❑ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ■ Early Termination of the Loss Mitigation Period having been filed by Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is terminated.
                          ^as of the date of the entry of this Order

United States Bankruptcy Court
District of New Jersey

In re:  
Daniel Dejean  
       Debtor

Case No. 16-10101-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Dec 04, 2019  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2019.  
db         +Daniel Dejean,   284 Shelton Terrace,   Hillside, NJ 07205-1808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2019 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Donald C. Goins    on behalf of Debtor Daniel  Dejean dcgoins1@gmail.com, G25787@notify.cincompass.com  
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 200 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
          Marie-Ann  Greenberg    magecf@magtrustee.com  
          Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@mccalla.com  
          Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee et al... rsolarz@kmllawgroup.com  
                                                                                                                                                                               TOTAL: 6