Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 16−10101−SLM
                Chapter: 13
                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel Dejean
   284 Shelton Terrace
   Hillside, NJ 07205

Social Security No.:
   xxx−xx−1021

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on July 25, 2019.

    On 01/27/2020 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                 February 27, 2020
Time:                08:30 AM
Location:          Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 27, 2020
JAN: dlr

                                                                                         Jeanne Naughton
                                                                                        Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                      Case No. 16-10101-SLM
Daniel Dejean                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1          Date Rcvd: Jan 27, 2020
                             Form ID: 185             Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2020.
db             +Daniel Dejean,    284 Shelton Terrace,    Hillside, NJ 07205-1808
cr             +Specialized Loan Servicing LLC as servicing agent,    P. O. Box 9013,    Addison, TX 75001-9013
cr             +Specialized Loan Servicing LLC, as servicing agent,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
515931887      +Craner, Satkin, Sheer, Schwartz & Hanna,    320 Park Ave., PO Box 367,
                 Scotch Plains, NJ 07076-0367
515931888      +The Bank Of New York Mellon,    9000 Midatlantic Drive, Suite 300,    C/O Parker McCay P.A.,
                 Mount Laurel, NJ 08054-1539
516047986      +The Bank of New York Mellon, Trustee (See 410),    c/o SPECIALIZED LOAN SERVICING LLC,
                 8742 LUCENT BLVD, SUITE 300,    HIGHLANDS RANCH, COLORADO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 28 2020 00:26:07     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 28 2020 00:26:04      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Specialized Loan Servicing LLC, as servicing agent,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
                                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee et al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Donald C. Goins    on behalf of Debtor Daniel  Dejean dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
               of CWABS, Inc., Asset-Backed Certificates, Series 200 NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for
               The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of
               the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee et al... rsolarz@kmllawgroup.com
                                                                                             TOTAL: 6
```